UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
--------------------------------------------------X           Chapter 13
IN RE:                                                          Case # 09-24462

DENEEN R. PENNY A/K/A DENEEN RYMES;

    Debtor(s)                                              **REQUEST FOR NOTICE**
--------------------------------------------------X

SIR:

    **PLEASE TAKE NOTICE** that DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4 hereby appears in the above action, and demands that all papers in the case be served on DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: November 16, 2009
      Plainview, New York

                                                    /S/ Andrew Goldberg
Authorized agent for Barclays Capital Real Estate Inc, dba HomEq Servicing as servicing agent for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR4
c/o Rosicki, Rosicki & Associates, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Fax: 516-873-7244
Email: bkmail@rosicki.com

TO:

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Ellen W. Cosby, Esq.
P. O. Box 20016
Baltimore, MD 21284-0016

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
-------------------------------------------------X    Chapter 13
IN RE:                                                                    Case # 09-24462

   DENEEN R. PENNY A/K/A DENEEN RYMES;

     Debtor(s)                                               **AFFIDAVIT OF SERVICE**
-------------------------------------------------X
STATE OF NEW YORK)
        ss:
COUNTY OF NASSAU )

   Arzoo Mamoor, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and reside in Suffolk County, New York.

On November 16, 2009 I served the Request for Notice and demand for service of all papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Jeffrey M. Sirody, Esq.
Sirody, Freiman & Feldman
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208

Ellen W. Cosby, Esq.
P. O. Box 20016
Baltimore, MD 21284-0016


                          /s/ Arzoo Mamoor
                          Arzoo Mamoor

Sworn to before me this
November 16, 2009
/s/ Betsy P. Tarr
NOTARY PUBLIC                BETSY P. TARR
                                  NOTARY PUBLIC, State of New York
                                  No. 01TA6000083
                                  Qualified in Nassau County
                                  Commission Expires December 8, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
---------------------------------------------------x
IN RE:

DENEEN R. PENNY A/K/A DENEEN RYMES;
        Debtor(s)

---------------------------------------------------x

# REQUEST FOR NOTICE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803